IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PIERRE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS CHARLES CLARK | § | CASE NO. 09-50442-CLN |
| LINDSAY MARIE CLARK | § | CHAPTER 13 |
| AKA TOM CLARK | § | |
| FKA LINDSAY MARIE BISHOP | § | JUDGE CHARLES L. NAIL, JR. |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**HSBC Consumer and Mortgage Lending**
**636 Grand Regency Blvd**
**Brandon, Florida 33510**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7675-N-1716
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for HSBC Consumer and Mortgage Lending

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 13, 2009:

**Debtors' Attorney**
Rosemary E. Cotton
Attorney At Law
1719 W Main
Rapid City, SD  57702

**Chapter 13 Trustee**
Dale A. Wein
Post Office Box 1329 /505 South Washington Street
Aberdeen, South Dakota 57402-1329

**U.S. Trustee**
Office of the US Trustee
425 2nd St. S.E., Suite 675, Box 47
Cedar Rapids, Iowa 52401

                                              /s/ Joe M. Lozano, Jr.

                                              Joe M. Lozano, Jr.

7675-N-1716
noaelect