UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 09-50442 |
| | Chapter 13 |
| THOMAS CHARLES CLARK | |
| aka Tom Clark | |
| SSN/ITIN xxx-xx-4461 | |
| | |
| and | ORDER CONFIRMING PLAN |
| | |
| LINDSAY MARIE CLARK | |
| fka Lindsay Marie Bishop | |
| SSN/ITIN xxx-xx-0633 | |
| | |
| Debtors. | |

    A hearing on Debtors' Modified Plan dated January 5, 2010 (doc. 15) was held on January 28, 2010, with appearances as noted in the hearing minutes. Pursuant thereto and in recognition of and compliance with the findings and conclusions entered on the record; and for cause shown; now, therefore,

    IT IS HEREBY ORDERED Debtors' Modified Plan, dated January 5, 2010, is confirmed, with the clarification that, as a condition of confirmation, the regular monthly payments to be made to South Dakota Housing Development Authority outside the plan may vary in amount because of changes in the amounts escrowed for real property taxes and insurance.

    So ordered:  February 1, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota