210B (12/09)

# United States Bankruptcy Court

District of South Dakota
Case No. 09-50442
Chapter 13

In re:

Thomas Charles Clark
3006 Lynnwood Ave
Rapid City SD 57701-7453

Lindsay Marie Clark
3006 Lynnwood Ave
Rapid City SD 57701-7453

## NOTICE OF TRANSFER OF CLAIM

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this Court on 02/11/2010.

Name and Address of Alleged Transferor(s):

Claim No. 7: TARGET NATIONAL BANK, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date:   02/13/10

Frederick M. Entwistle
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0869-5           User: sstro                  Page 1 of 1               Date Rcvd: Feb 11, 2010
Case: 09-50442                 Form ID: trc                 Total Noticed: 1

The following entities were noticed by first class mail on Feb 13, 2010.
965793         +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**                          **Signature:**   _Joseph Speetjens_